1  Peter R. Afrasiabi (Bar No. 193336)                                    JS-6
   Christopher W. Arledge (Bar No. 200767)
2  TURNER GREEN AFRASIABI & ARLEDGE LLP
   535 Anton Boulevard, Suite 850
3  Costa Mesa, California 92626
   Telephone:  (714) 434-8750
4  Facsimile:  (714) 434-8756

5  Attorneys for Plaintiff Network Signatures, Inc.

6

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11  NETWORK SIGNATURES, INC.,          Case No. SACV07 – 1426 AHS (~~MLGx~~) (RNBx)

12        Plaintiff,                   [~~PROPOSED~~] ORDER OF
                                       DISMISSAL WITH PREJUDICE
13  v.

14  BANK OF AMERICA CORPORATION,

15        Defendant.

16

17        CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal

18  With Prejudice of all claims asserted between Plaintiff, Network Signatures, Inc. and

19  Defendant Bank of America Corporation in this case, and the Court being of the opinion

20  that said motion should be GRANTED, it is hereby

21        ORDERED, ADJUDGED AND DECREED that all claims or causes of action

22  asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Bank of

23  America Corporation is hereby dismissed with prejudice to the right of the parties to assert

24  in the future any such claims.

25

26

27

28

12939.1
                                        1
                 [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

1       It is further ORDERED that all attorneys' fees and costs are to be borne by the party

2   that incurred them.

3

4   Dated:  April 23 2008                          **ALICEMARIE H. STOTLER**

5                                                  Judge Alicemarie H. Stotler
                                                   Chief U.S. District Court Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

12939.1                                            2
**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**